Cone Johnson CLARK et al., Plaintiffs in Error, v. The PURE OIL COMPANY et al., Defendants in Error.

No. 1376—6002.

Commission of Appeals of Texas, Section B.

Feb. 1, 1933.

█

See, also, 35 S.W.(2d) 488, 838; 37 S.W.(2d) 1088; 40 S.W.(2d) 962; 56 S.W.(2d) 850, 853, 855.

Beall & Beall, of Sweetwater, and McEntire, Shields & Elam, of Canton, for plaintiffs in error.

Vinson, Elkins, Sweeton & Weems, C. A. Sweeton, and David T. Searls, all of Houston, and Wynne & Wynne, of Wills Point, for defendants in error.

LEDDY, J.

The Court of Civil Appeals [37 S.W.(2d) 1083] has correctly disposed of this case for the reasons given in its opinion, and we therefore recommend that its judgment be affirmed.

CURETON, C. J.

The judgment of the Court of Civil Appeals is affirmed, as recommended by the Commission of Appeals.